UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

IN RE RONALD WAYNE WHITFIELD § MISC. NO. C-07-91

**ORDER ADOPTING MEMORANDUM AND RECOMMENDATION
TO DENY LEAVE TO FILE A PETITION FOR
WRIT OF HABEAS CORPUS OR A CIVIL RIGHTS ACTION**

On August 20, 2007, United States Magistrate Judge Brian L. Owsley signed a Memorandum and Recommendation recommending that petitioner's motion to file a petition for writ of habeas corpus or a civil rights action (D.E. 1) be denied. On September 5, 2007, petitioner filed Objections to the Magistrate's Recommendations.

Having reviewed the findings of fact and conclusions of law therein, as well as the pleadings on file and petitioner's objections, and having made a *de novo* disposition of those portions of the Magistrate Judge's recommended disposition to which objections were raised, *see Koetting v. Thompson*, 995 F.2d 37 (5th Cir. 1993), 28 U.S.C. § 636(b)(1)(C); Fed.R.Civ.P.72(b), the Court hereby adopts as its own the findings and conclusions of the Magistrate Judge.

Accordingly, it is ORDERED that petitioner's motion to file a petition for writ of habeas corpus or a civil rights action is denied.

The clerk shall enter this order and provide a copy to all parties.

SIGNED this 5th day of September, 2007.

_____
Janis Graham Jack
United States District Judge